UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> BRENNAN BENNETT ) <br> Defendant. ) | Case No.  2:22-mj-00581-EJY <br><br> **ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court HEREBY ORDERS that the time for the parties to submit a stipulation closing the case be extended for one week, until July 19, 2023.

Dated: July 11, 2023

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3